

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT, A CHILD**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## ORDER

The Appellee Irma Perez Chapa's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to June 17, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Ricardo Pumarejo Jr.                     Leticia Lourdes Garcia
        4900-B N. 10th. St.                       719 Chihuahua Street, Suite 103
        McAllen, TX 78504                         Laredo, TX 78040

        Flor Flores
        700 N Flores St Ste E
        Rio Grande City, TX 78582-3556